# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC.,<br>　　　Plaintiff,<br>　　v.<br>U.S. NATIONAL SECURITY AGENCY,<br>　　　Defendant. | Civil Action No. 17-1000 (CKK) |

## ORDER
(March 6, 2020)

The Court **ORDERS** that in camera review of the Ledgett Memorandum is necessary to make a responsible de novo determination on the claims of exemption. NSA shall present the memorandum to the Court for in camera review. Both affidavits submitted by NSA explain that certain information in the Ledgett Memorandum is classified. *See* Kiyosaki Decl. ¶¶ 16–20; Thompson Decl. ¶ 9. NSA will furnish to the Court the Ledgett Memorandum in an accordingly appropriate manner and shall contact the Court suggesting the preferred method of delivering the Ledgett Memorandum for the Court's in camera review by **MARCH 13, 2020**. If the NSA so chooses, it may deliver the Ledgett Memorandum to the Court in person, wait for the Court's in camera review, and take back the Ledgett Memorandum immediately following that review.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge